LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. CIV.S-03-1895 FCD DAD |
| Plaintiff, | |
| v. | |
| FOLSOM BROADSTONE, INC., et al., | **STIPULATION FOR DISMISSAL** |
| Defendant. | |

### ORDER

It is HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S03-1895 FCD DAD, is hereby dismissed with prejudice.

Dated: May 6, 2005                               /s/ Frank C. Damrell Jr.
                                                 United States District Court Judge